# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS MOZO RIVERA,** : | |
|     **Plaintiff** : | |
| : | No. 1:13-cv-00195 |
| **v.** : | |
| : | (Judge Kane) |
| **POLICE OFFICER SCOTT** : | |
| **MUSSELMAN,** : | |
|     **Defendant** : | |

## ORDER

**AND NOW**, on this 19th day of August 2014, **IT IS HEREBY ORDERED THAT** Plaintiff's motion in limine to exclude any evidence that Plaintiff was engaging in a sexual act prior to Plaintiff's arrest (Doc. No. 38) is **DENIED.**

                                                S/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania